UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-04751-SSC Date: August 27, 2026

Title Bany Rebeca Miranda-Benavidez v. Fereti Semaia, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to File Bond Hearing Transcript with Answer**

On August 20, 2026, Petitioner Bany Rebeca Miranda-Benavidez filed, through counsel, a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 4.)

On May 19, 2026, Petitioner received a bond hearing at which the immigration judge (IJ) denied release because he found Petitioner to be a flight risk for which no amount of bond can mitigate. (*Id.* at 3; ECF 1-6 at 1.)

The Court ORDERS Respondents to file with their answer a copy of any transcript from the May 19, 2026 hearing. If no hearing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04751-SSC | Date: | August 27, 2026 |
| Title | Bany Rebeca Miranda-Benavidez v. Fereti Semaia, et al. | | |

transcript, informal or official, is available, Respondents should provide a copy of the audio recording.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**