UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04751-SSC Date: September 1, 2026

Title Bany Rebeca Miranda-Benavidez v. Fereti Semaia, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to Show Cause Why Petition Should Not Be Granted**

On August 20, 2026, Petitioner Bany Rebeca Miranda-Benavidez filed, through counsel, a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 4.)

On August 23, 2026, the Clerk's Office issued a notice of General Order 26-05 and briefing schedule. (ECF 5.) The notice provides that Respondents shall appear within three calendar days and shall file an answer no later than seven days from the date the Clerk's Office issues the notice. (*Id.* at 2.) On August 27, 2026, the Court issued an order directing Respondents to file a bond hearing transcript with their

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04751-SSC Date: September 1, 2026

Title Bany Rebeca Miranda-Benavidez v. Fereti Semaia, et al.

answer. (ECF 7.) These deadlines have passed, and Respondents have not filed a notice of appearance, an answer, or a transcript.

Accordingly, Respondents are ORDERED TO SHOW CAUSE, in writing, by **September 2, 2026**, why the petition should not be granted.

If Respondents file an answer no later than **September 2, 2026**, this order to show cause will be discharged automatically, and Respondents need not respond to it separately.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**