UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BANY REBECA MIRANDA-BENAVIDEZ,
Petitioner,
v.
FERETI SEMAIA, et al.
Respondents.

Case No. 5:26-cv-04751-SSC

MEMORANDUM AND ORDER GRANTING UNOPPOSED HABEAS PETITION

Before the Court is a counseled petition for habeas corpus brought by Petitioner Bany Rebeca Miranda-Benavidez who alleges that her re-detention by immigration officials after years on parole was constitutionally and regulatorily deficient. (ECF 1 at 12–14.) The petition alleges the following facts.[1] Petitioner entered the country in December 2022 with her mother and was released on immigration parole. (*Id.* at 2.) Petitioner applied for asylum in April 2024 and her immigration proceedings are ongoing. (*Id.* at 2–4.) She has no criminal history and has never missed any appointments with Immigration and Customs Enforcement (ICE). (*Id.* at 2.) She was detained at a routine

[1] Because Respondents have not provided information about Petitioner, all facts contained herein are taken directly from the petition unless otherwise noted.

ICE check-in on April 22, 2026, and is in immigration detention in Adelanto, California. (*Id.* at 2, 4.) Before her re-detention, Petitioner was attending high school, and she is scheduled to graduate upon her release. (*Id.* at 4.)

On August 23, 2026, the Clerk's Office issued a notice of General Order 26-05 and briefing schedule. (ECF 5.) The notice provides that Respondents shall appear within three calendar days and shall file an answer no later than seven days from the date the Clerk's Office issues the notice. (*Id.* at 2.) On August 27, 2026, the Court issued an order directing Respondents to file a bond hearing transcript with their answer. (ECF 7.) On September 1, 2026, with no appearance or briefing from Respondents, the Court ordered Respondents to show cause, in writing, by September 2, 2026, why the petition should not be granted. (ECF 8.) That deadline has passed and the Court has received no communication from Respondents, who have failed to oppose the petition or to appear in this matter at all.[2] Accordingly, the Court grants the petition.

---

[2] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." *United States v. Sineneng-Smith*, 590 U.S. 371, 375 (2020) (citation modified). Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief." *Id.* at 375–76 (citation modified)

## ORDER

For the reasons set forth above, **IT IS ORDERED** that Judgment shall be entered (1) granting the unopposed petition; and (2) ordering Respondent to release Petitioner **Bany Rebeca Miranda-Benavidez (A# 246-685-895)** from immigration custody immediately under conditions of supervision found to be appropriate by the decisionmaker.

DATED: September 3, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE