UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANY REBECA MIRANDA-BENAVIDEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.<br>Respondents. | Case No. 5:26-cv-04751-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Bany Rebeca Miranda-Benavidez (A# 246-685-895)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. The Clerk of Court is directed to close this case.

DATED: September 3, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE